# Exhibit "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X

THE MINTZ FRAADE LAW FIRM, P.C

                  Plaintiff,

  -against-

FRANK BRADY AND
LIFE'S TIME CAPSULE SERVICES, INC.,

                Defendants.
-----------------------------------------------------------------X

Index No.:

**SUMMONS WITH NOTICE**

To the Persons Named as Defendants above:

     PLEASE TAKE NOTICE THAT YOU ARE SUMMONED and required to serve upon Plaintiff, at the address stated below, a notice of appearance or demand for a complaint within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

     YOU ARE HEREBY NOTIFIED THAT should you fail to serve a notice of appearance or demand for a complaint, a judgment will be entered against you by default for the relief demanded herein.

Dated: September 4, 2019

                                                           The Mintz Fraade Law Firm, P.C.

                                                           By: _____
                                                              Alan P. Fraade
                                                          Plaintiff *Pro Se*
                                                          260 Madison Avenue, 16th Floor
                                                          New York, NY 10016
                                                          Tel: (212) 486 2500

Defendants' Addresses:
                Frank Brady
                3715 Eaglewood Street,
                Valrico, FL 33596

                Life's Time Capsule Services, Inc.
                200 Continental Drive, Suite 401
                Newark, DE 19713
                Tel: (850) 377 3982

Notice: The nature of this action is:

An action for attorneys' fees incurred from June 1, 2018 through July 31, 2019. Defendants are indebted to Plaintiff in the amount of $240,000.00 and balance due for the period prior to June 1, 2018 of $910. Defendants have also failed to deliver to Plaintiff, 16,559,272 shares of common stock of Life's Time Capsule Services, Inc., which Defendants agreed to issue to Plaintiff.

The relief sought is:

1. Damages in the amount of $240,910.00
2. An order compelling Defendants to issue to Plaintiff, 16,559,272 shares of common stock of Life's Time Capsule Services, Inc.

Should Defendants fail to appear herein or demand a complaint, judgment will be entered by default for the sum of $240,910.00 with interest from the date of July 31, 2019 and an order compelling you to issue 16,559,272 shares of common stock of Life's Time Capsule Services, Inc. to Plaintiff, and the costs of this action.

Venue: Plaintiff designates New York County as the place of trial. The basis of this delegation is:
☒ Plaintiff reside in New York County
☐ Defendants reside in _____ County
☐ Other [See CPLR Article 5]: _____