# KTA  Kudman · Trachten · Aloe LLP

Attorneys at Law

Paul H. Aloe
Direct Phone: (212) 868-1888
Direct Fax: (212) 504-8317
paloe@kudmanlaw.com

January 13, 2020

The initial pretrial conference currently scheduled for January 22, 2020 is ADJOURNED to **February 12, 2020** at **3:15 p.m.** The parties are reminded that, no later than Thursday the week prior to the initial pretrial conference a joint letter, the contents of which are described in the Court's order scheduling the initial pretrial conference, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter. *See* ECF No. 8. The Clerk of Court is directed to terminate ECF No. 10. SO ORDERED.

January 14, 2020

**VIA ECF ONLY**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re:   *The Mintz Fraade Law Firm, P.C. v. Frank Brady and Life's Time Capsule Services, Inc.*
      Case No. 1:19-cv-10236-JMF

Dear Judge Furman:

We represent defendants Frank Brady and Life's Time Capsule Services, Inc., in the above-referenced action. We write today pursuant to the Court's Individual Rule 1(E) to request an adjournment of the initial pretrial conference scheduled for January 22, 2020, at 3:15 p.m.

The reason for the requested adjournment is that defendants' counsel have an evidentiary hearing in a separate matter pending in the Sullivan County Supreme Court beginning on January 21, 2020. That hearing is scheduled to continue from day to day until it is complete, and it is likely that defendants' counsel will still be participating in the hearing or travelling back from Sullivan County on the scheduled date and time for the initial pretrial conference in this matter.

This is defendants' first request to adjourn the initial pretrial conference. Plaintiff's counsel consents to the proposed adjournment. If the Court is amenable to adjourning the initial pretrial conference, counsel for the parties are available to appear in the afternoon on February 12, 2020.

We appreciate the Court's consideration of this request.

Respectfully submitted,

Paul H. Aloe

cc:   Edward C. Kramer, Esq. (via ECF)