UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE MINTZ FRAADE LAW FIRM, P.C.,          :

        Plaintiff,          :

           **ORDER**

    -against-          :

          19-CV-10236 (JMF) (KNF)

FRANK BRADY, et al.,          :

        Defendant.          :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephonic conference shall be held on April 23, 2020, at 11:30 a.m.  The parties shall use call-in number (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       April 22, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE