UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE MINZ FRAADE LAW FIRM, P.C.,            :

            Plaintiff,            :

                **ORDER**

      -against-            :

                19-CV-10236 (JMF) (KNF)

FRANK BRADY, et al.,            :

           Defendant.            :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A telephonic conference was held with counsel to the respective parties on April 23, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that the settlement conference scheduled previously for May 6, 2020, will be held on July 21, 2020, at 10:30 a.m. Should it be necessary for the settlement conference to be held via telephone, the parties will be advised of that in a separate order.

Dated: New York, New York           SO ORDERED:
       April 23, 2020

                                          *Kevin Nathaniel Fox*
                                 KEVIN NATHANIEL FOX
                                 UNITED STATES MAGISTRATE JUDGE