UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE MINTZ FRAADE LAW FIRM, P.C.,                  :
                                                  :
               Plaintiff,             :       **ORDER**
                                                  :
   -against-                                     :       19- CV-10236 (JMF) (KNF)
                                                  :
FRANK BRADY, et al.,                              :
                                                  :
               Defendants.            :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that the settlement conference scheduled in the above-captioned action for July 21, 2020, at 10:30 a.m., will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

       The parties are also directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, which may be found on the Court's website. As set forth in the procedures, the parties must provide Judge Fox: (1) a pre-conference letter; and (2) a completed attendance form, **except that these submissions shall be made via e-mail to:** laura_midwood@nysd.uscourts.gov.

       Additionally, the parties must confer to engage in good-faith settlement negotiations prior to the date of the conference. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated:  New York, New York
         July 15, 2020                            SO ORDERED:

                                                               _/s/ Kevin Nathaniel Fox_
                                                      KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE