UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE MINTZ FRAADE LAW FIRM, P.C.,<br><br>                              Plaintiff,<br><br>-against-<br><br>FRANK BRADY and LIFE'S TIME CAPSULE SERVICES, INC.,<br><br>                            Defendants. | Case No. 1:19-cv-10236-JMF<br><br>**AFFIRMATION OF SERVICE** |

David N. Saponara, an attorney duly admitted to practice law in the courts of the State of New York, affirms the following to be true under penalties of perjury:

1.    I am an associate of Kudman Trachten Aloe Posner LLP, former attorneys for defendants Frank Brady and Life's Time Capsule Services, Inc., in the above-captioned action.

2.    On May 4, 2021, at 3:41 p.m., I served a true and correct copy of the Court's Memorandum Opinion and Order (ECF No. 84) and its accompanying Docket Text by email to Frank Brady (frankhbrady@gmail.com) and Life's Time Capsule Services c/o Frank Brady (frankhbrady@gmail.com).

Dated: New York, New York
       May 4, 2021

                                                                David N. Saponara