UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
THE MINTZ FRAADE LAW FIRM, P.C.,                :
:
                    Plaintiff,                                          :
:    19-CV-10236 (JMF)
      -v-                                                               :
:    ORDER
FRANK BRADY et al.,                                           :
:
                  Defendants.                                  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has received a letter, a copy of which is attached, from Marilyn Levey, who purports to be an owner of Defendant Life's Time Capsule Services, Inc., stock. The attachments to the letter contain certain financial information and communications. Out of an abundance of caution, therefore, the Court will separately email the attachments to the parties and temporarily file the attachments under seal. The parties shall confer and, no later than **February 22, 2022**, submit a joint letter to the Court indicating their positions on (1) what (if any) action the Court should take in response to the letter; and (2) whether the attachments can and should be docketed (in redacted or unredacted form).

      SO ORDERED.

Dated: February 16, 2022
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge

1/19/2022

Hon. Jesse M. Furman
U.S. District Court Judge (SDNY)
Thurgood Marshall
United States Courthouse
40 Foley Square
NYC, NY 10007
Courtroom: 1105

RE: Mintz Fraade Law Firm, P.C. v. Brady   19-CV-10236 (JMF) (S.D.N.Y.)

**REQUEST FOR THE COURT'S APPOINTMENT OF SPECIAL MASTER IN ORDER TO REVIEW DAMAGES OCCURRING TO SHAREHOLDERS IN FRONT OF THIS HONORABLE COURT WITH SOME 258 MILLION SHARES OUTSTANDING WITH THE NUMBER OF SHARES HELD BY LITIGANTS DEDUCTED FROM THIS NUMBER**

Chambers of the Honorable Jesse M. Furman,

1.   My name is Marilyn Levey with the age of 89 (Shareholder LTCP) and I am contacting this Honorable Court regarding the above referenced case respectfully requesting the appointment of a Special Master in order to protect the shareholders of Life's Time Capsule Services, Inc (LTCP) stock representing 258 million shares that should not include the shares held by the Litigants in front of the Court in the Instant Case.

2.   I, Marilyn Levey, own 200,000 shares of Life's Time Capsule Services, Inc (LTCP) stock that is being litigated in front of this Honorable Court. In addition to myself there are some 258 million outstanding and issued shares requiring the service of the Special Master in the Instant Action.

3.   I, Marilyn Levey, am hereby informing this Honorable Court that all of the parties in the Instant Litigation have not been transparent by their omission and withholding of their misconduct in this Public Company damaging the shareholders.

4.   I, Marilyn Levey, relied on the LTCP Public Company's Executive Summary and Quarterly Report dated March 31, 2018 by Mintz Fraade as legal counsel and signed by Frank Brady, in my decision to purchase shares received in May 2018. Cova Capital at this time was the exclusive Placement Agent/Edward Gibstein C.E.O. who is a party in front of the court, was acting in various offerings of stock that are involved in the Questions of Misconduct for the Special Master's Review.

5. In the attached **(EXHIBIT #1)** Life's Time Capsule Services, Inc Quarterly Report dated March 31, 2018 under **III (E)** you will see the Acquisition of Angry Anemal LLC (Angry 8) along with Boca Del Toro de Corrillo (Costa Rica Water Company). The two companies were removed from the Public Company Life's Time Capsule Services, Inc (LTCP) by the actions of the litigants in front of this court. These companies disappear from subsequent filings by the company without compensation to LTCP for said companies. It appears that assets were illegally removed from the Public company by falsifying documents in the Quarterly Report prepared by Mintz Fraade and signed by Frank Brady. Whereby, Mintz Fraade received 5,940,728 shares of common stock on May 4, 2018 and 16,559,272 shares after December 31, 2018 with additional monetary considerations. Descriptions of these companies are outlined in **EXHIBIT #1** at **IV (G) PRINCIPAL PRODUCTS OR SERVICES #3 and #4**

6. In the attached **(EXHIBIT #2)** The Quarterly Report dated December 31, 2018 prepared by legal counsel Mintz Fraade and signed by Frank Brady shows the improper following wording in caps: **THIS REPORT SUPERSEDES ALL QUARTERLY REPORTS FILED BY THE COMPANY FOR 2018. NO ONE SHOULD RELY UPON PRIOR QUARTERLY REPORTS.** The foregoing December 31, 2018 Quarterly report has no mention of the subsidiary companies Angry Anemal LLC (Angry 8) along with Boca Del Toro de Corrillo (Costa Rica Water Company formerly reported as owned by the Public Company: Life's Time Capsule Services, Inc (LTCP).

7. In the attached **(EXHIBIT #3)** Cova Capital Partners/ Edward Gibstein C.E.O. advertised on the Cova Capital website that as of May 31, 2019 Cova Capital was the Exclusive Placement agent for Angry 8, LLC with equity of $4,430,00. Also, the special master must review how Cova Capital Partners/Edward Gibstein C.E.O. participated in what appears to be the illegal Act of removing the assets of Life's Time Capsule Services, Inc (LTCP) into Angry 8 ownership. Thereby, damaging shareholders of Life's Time Capsule Services, Inc (LTCP) which received no consideration for the Transfer.

8. In the attached **(EXHIBIT #4)** Alan Fraade had been in contact with my beneficiary son, Frank Barbaro, with my authority over the past 2 years ongoing by phone, text and emails promising to inform this Honorable Court of the issues raised in this Instant Request for a Special Master in order to protect the shareholders. Litigant Alan Fraade has failed to act on the promises made to this 89 year old shareholder, Marilyn Levey. See **emails and text correspondence** between Alan Fraade and my beneficiary son Frank Barbaro in **EXHIBIT #4**

9. Furthermore, F.I.N.R.A. (Financial Industry Regulatory Authority) is receiving a copy of this letter.

Respectfully Submitted,

_____  DATED 1/19/2022
**Marilyn Levey Pro-Se**
**11 David Ave**
**Hicksville, NY 11801**