UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                                     :

THE MINTZ FRAADE LAW FIRM, P.C.,         :

                       Plaintiff,                    :

                                                      :        19-CV-10236 (JMF)

             -v-                   :

                                                      :             ORDER

FRANK BRADY et al.,                     :

                     Defendants.               :

                                                      :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Upon reflection and review of the parties' submissions, *see* ECF Nos. 127, 128, and 130, the Court will not consider the submission made by non-party Marilyn Levey. The Court will maintain the attachments under seal for the record.

      SO ORDERED.

Dated: March 4, 2022
      New York, New York
                                                 JESSE M. FURMAN
                                          United States District Judge