UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
THE MINTZ FRAADE LAW FIRM, P.C.,          :
:
Plaintiff,    :
:                           19-CV-10236 (JMF)
-v-                             :
:                                ORDER
FRANK BRADY et al.,                       :
:
Defendants.   :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has received a letter, a copy of which is attached, from Marilyn Levey, who purports to be an owner of Defendant Life's Time Capsule Services, Inc., stock. On May 17, 2022, this case was dismissed. *See* ECF No. 136. As a result, the Court lacks jurisdiction to take any action in response to the letter and, accordingly, will not take any such action.

      SO ORDERED.

Dated: May 19, 2022
       New York, New York
                                                    JESSE M. FURMAN
                                                United States District Judge

05/11/2022

Hon. Jesse M. Furman
U.S. District Court Judge (SDNY)
Thurgood Marshall
United States Courthouse
40 Foley Square
NYC, NY 10007
Courtroom: 1105

Marilyn Levey Pro-se litigant

RE: Mintz Fraade Law Firm, P.C. v. Brady   19-CV-10236 (JMF) (S.D.N.Y.)

**REQUEST FOR THE COURT'S APPOINTMENT OF SPECIAL MASTER IN ORDER TO REVIEW DAMAGES OCCURRING TO LTCP SHAREHOLDERS IN FRONT OF THIS HONORABLE COURT**

I, Marilyn Levey, now address this Honorable Court as a 90 year old Pro-se litigant in the above referenced matter. I own 200,000 shares of LTCP stock and essentially the matter before the court is regarding the LTCP stock value and the misconduct by all of the litigants now before this Honorable Court.

I do not have the advantage of being able to readily view Pacer for case information, and my request for appointment of Special Master for the purpose of soughting through the "misconduct" if not "criminal" actions regarding the mismanagement of a Public Company, LTCP, and the actors now fighting over the "fruit from the poisonous tree" before this Honorable Court.

I did provide evidence in my previous request EXHIBIT #1 the LTCP March 31, 2018 Quarterly Report filed with a Federal Agency and signed by Frank Brady and submitted by Mintz Fraade which is an undisputable Public Record. This Public Record clearly shows two subsidiary companies (**Angry Anemal LLC (Angry 8) along with Boca Del Toro de Corrillo (Costa Rica Water Company)**) owned by the Public Company, LTCP, of which I own 200,000 shares.

I did provide evidence in my previous request EXHIBIT #2 the LTCP December 31, 2018 Quarterly Report filed with a Federal Agency and signed by Frank Brady and submitted by Mintz Fraade which is an undisputable Public Record. This Public Record clearly shows two subsidiary companies (**Angry Anemal LLC (Angry 8) along with Boca Del Toro de Corrillo (Costa Rica Water Company)**) owned by the Public Company, LTCP, of which I own 200,000 shares, whereby in EXHIBIT #2 those 2 subsidiaries have disappeared without compensation to LTCP or to Marilyn Levey, Shareholder.

The two subsidiary companies (Angry Anemal LLC (Angry 8) along with Boca Del Toro de Corrillo (Costa Rica Water Company) were later being traded privately by COVA CAPITAL owned by Edward Gibson, who has been introduced to this Honorable Court as the new CEO of LTCP.

I now understand that the parties argued the authenticity of my EXHIBITS that were filed with a Federal Agency and signed by Frank Brady and submitted by Mintz Fraade which is an undisputable Public Record.

It is for this reason, that I again request the Court's Appointment of Special Master to qualify and quantify my Claims and prevent these bad actors from misusing this Honorable Court in further violation of the Public Trust they all possess in the management of a Public Company and to me, a 90 year old shareholder with 200,000 shares.

The parties before the Court argue that I am not a direct party to the instant action regarding attorney fees. But it should be considered that all of the parties now before this honorable Court have acted dishonorably by omitting to inform the court of their misconduct, or the disappearing subsidiaries that Edward Gibson has since raised millions of dollars but LTCP stock is now worthless. Therefore, this Honorable Court is deciding the division of the value of my stock shares amongst the actors who devalued LTCP and enriched themselves with **Angry Anemal LLC (Angry 8) along with Boca Del Toro de Corrillo (Costa Rica Water Company.**

I pray for this Honorable Court to Appoint a Special Master to review the Damages occurring to LTCP shareholders in front of this court before rendering a decision in the instant case involving LTCP.

Respectfully Submitted,

_____ dated 05/11/2022
MARILYN LEVEY (Pro-Se)
11 David Ave
Hicksville, NY 11801